IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MASSAMBA SOUMARE §
   *Petitioner*, §
  §
  §
v.            §   No. 3:26-cv-01935-x-bt
  §
U.S. IMMIGRATION AND §
CUSTOMS ENFORCEMENT, §
   *Respondent*. §

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 4). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Petitioner's habeas action will be **DISMISSED WITHOUT PREJUDICE** as premature.

**SO ORDERED** this 6th day of July, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE