IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MASSAMBA SOUMARE<br>Petitioner, | §<br>§<br>§ | |
| v. | § | No. 3:26-cv-01935-X (BT) |
| U.S. IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br>Respondent. | §<br>§<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation (FCR) of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Magistrate Judge's FCR, Petitioner's request for leave to re-file his habeas petition [Doc. 7] is DENIED.

Further, for the reasons stated in the FCR, Petitioner's motion for leave to proceed *in forma pauperis* on appeal is also DENIED. Pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), the Court CERTIFIES that the appeal is not taken in good faith. If Petitioner wishes to challenge this ruling, he must file a separate motion to proceed *in forma pauperis* with the clerk of the United States Court of Appeals for the Fifth Circuit within 30 days of this order. *See Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997).

SO ORDERED on the 20th day of August, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE